No. 686. WILLIS, EXECUTRIX, *v.* PENNSYLVANIA RAILROAD CO. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas J. O'Neill* for petitioner. *Messrs. Frederic D. McKenney, Ray Rood Allen,* and *G. Hunter Merritt* for respondent.

No. 687. UNITED NEW YORK SANDY HOOK PILOTS ASSN. ET AL. *v.* THE OSLOFJORD ET AL.; and

No. 688. UNITED NEW YORK SANDY HOOK PILOTS ASSN. ET AL. *v.* DEN NORSKE AMERIKALINJE A/S. November 10, 1941. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. H. McGrann* for petitioners. *Mr. John W. Griffin* for respondents. Reported below: 121 F. 2d 304.

No. 689. MOORE-McCORMACK LINES, INC. *v.* HUME. November 10, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Geo. Whitefield Betts* for petitioner. *Mr. Simone N. Gazan* for respondent.

